## No. 13,994.

McMullin, Receiver v. Brown et al.
(68 P. [2d] 1117)

Decided May 12, 1937.    Rehearing denied June 1, 1937.

At the close of the argument of counsel for plaintiff in error the court held the assignments without merit and affirmed the judgment. Mr. Chief Justice Burke, Mr. Justice Knous and Mr. Justice Holland, participating.

Mr. Bentley M. McMullin, for plaintiff in error.

Mr. Carle Whitehead, Mr. Albert L. Vogl, Mr. Frank A. Wachob, Mr. C. A. Bailey, Mr. D. W. Strickland, for defendants in error.

## No. 13,798.

Joe Miller and Company et al. v. Rudolph, Administrator et al.
(68 P. [2d] 1118)

Decided May 17, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck and Mr. Justice Young, participating.

Mr. Samuel Chutkow, Mr. Noah A. Atler, for plaintiffs in error.

Mr. Leonard E. Anderson, Mr. William B. Paynter, Mr. Fred H. Taylor, Mr. W. E. Pepperell, for defendants in error.